To whom May Be Concernd About My Safety In Concernd's

I am Prisoner Willis A Miller DC 130949 however The Prison That I am Being house At Is Apalachee CI Prison which I am Being Subjcet To Negl Ince Mis Conduct Ackon here At Apalachee CI. Since I Inmate Willis A Miller have Ben here At This Prison I have Ben haveing Issue's Because of The fact These staff Are very unProfessional In Do Not have Know concernd's for The Prisoner's which why Every week A Prisoner That's here Get Stab Are Junp on By A nother Prisoner That's here At This Prison which some

Times the staff be paying these other prisoners sex in dope are money are other inmates money to jump on us are stab us up which some of these staff here are gang members which they do not do any thing for us when we are haveing issues with a nother prisoner which is why a prisoner get stab every week how ever every time a prisoner try to check in these staff do not do any thing to protect us from the other prisoner the only thing that staff do is write a DR on the prisoner which the prisoner just get 30 days in the Box in put right back in to the same dorm with the issue that he was haveing. how ever when ever

A Prisoner Get To The Point To Get To Go To Ict The Ict Team Really Be unprofessional which The wardens which IS warden Brown IN warden Maddx IN warden Santiatgo Be very unprofessional To As well which IS Dangerous Toward The Inmate Prisoner Because of The fact when A Prisoner say he IS In fear for his Life IN have To Submit A witness statement To The Ict Teme The Ict Teme Just Deny The Prisoner Witness statement IN PM IN Just Put The Inmate Prisoner Back ON The compound which Be very harmful Toward The Inmate Prisoner which IS very well Considered Neglince Mis conduct how Ever Never The less I Inmate willis Miller have Put IN Several witness statement

Advising The Ict Teme About Me Inmate Willis Miller Being In fear for my life of The King Gang In The Folk Gang Do To The fact The Kings In The Folks Gang Members Put A State wide Appl Hit out on Me Because I am A X OK which I Advised The Ict Teme In My Witness Statement That I was In fear for my Life In safety of The King Gang In The folk Gang Because They Are Trying To Get Me Inmate Willis Miller Killed which This Apalachee CI Prison Can Not Say That They Did Not Know of My Matter Are Issues That I am haveing with The King Gang In The folk Gang which It's A fact The Florida Department of corrections Also Know About my Issue Matter To which The Florida Department of corrections In Apalachee CI Know That I have A Law Sue Going on on The Florida State Prison which In Retaliate In conspieracy Misconduct In Neglince Misconduct In Discreption Misconduct These officials Are Trying To Get Me Inmate Willis Miller Killed By useing These Prisoner's To Do So which Is why I can Not Get know help from These officials when Its A fact I

Do ever Thing right In By The Book But never the less I Inmate willis miller Get know help from These Law officials which Is why I am fileing This Law sue on Apalachee CI In The Florida Department of corrections for failure To Protect me Inmate willis miller which By Law I am entitled To Doc protection Being That I am In Prison which my right Is Being violated which I am Physical Abuse Because of These Issues matter In I am Traumitized

LS/ willis Miller