UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

WILLIS MILLER,

        Plaintiff,

v.          Case No. 3:23-cv-902-MMH-JBT

APALACHEE CI PRISON and
DEPARTMENT OF CORRECTIONS,

        Defendants.
_____

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Plaintiff Willis Miller, an inmate of the Florida penal system, filed a pro se letter (Doc. 1) on August 2, 2023. In the letter, Miller asserts the correctional staff are unprofessional at Apalachee Correctional Institution because inmates are being stabbed or jumped on by other inmates every week without protection. He further asserts that officials are trying to get him killed by using other prisoners.[1]

Miller is advised that the Court has approved the use of a civil rights complaint form for cases filed by prisoners pursuant to 42 U.S.C. § 1983. See

---

[1] In light of his assertions, the Clerk of Court sent a copy of Miller's letter and the Amended Standing Order (Doc. 2) that is entered when an inmate makes a claim of suicidal intent or other imminent physical harm to the Inspector General and to the Warden of Apalachee Correctional Institution.

Local Rule 6.04(a) ("A pro se person in custody must use the standard form[.]"). The form requires a plaintiff to include detailed information regarding the defendants a plaintiff intends to sue, the plaintiff's litigation history, a statement of the plaintiff's claims and facts, and the relief the plaintiff requests. Here, Miller has not filed a complaint, nor has he provided the Court with all of the information required by the civil rights complaint form. Additionally, any complaints Miller has about his conditions of confinement at Apalachee Correctional Institution should be filed in the United States District Court for the Northern District of Florida.

Miller is further advised that he may not correspond with Judges of this Court in letter form. All requests for relief must be in the form of a pleading or a motion and must comply with the Federal Rules of Civil Procedure and the Local Rules of this Court.

Accordingly, it is

**ORDERED:**

1. This case is **DISMISSED without prejudice.**

2

2. The **Clerk** shall enter judgment dismissing this case without prejudice, terminate any pending motions, and close the file.

**DONE AND ORDERED** in Jacksonville, Florida, this 4th day of August, 2023.

MARCIA MORALES HOWARD
United States District Judge

caw 8/4
c:
Willis Miller, #130949